B1 (Official Form 1) (04/13)

| UNITED STATES BANKRUPTCY COURT<br>Eastern District of Pennsylvania | VOLUNTARY PETITION |
|---|---|

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle): Regional Employers Assurance<br>**Leagues Voluntary Employees' Beneficiary Association Trust** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Beneficiary Association Trust** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>23-2761486; 23-7733234; 23-2761489; 23-2761485; 23-2761488 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>200 W. 4th Street<br>Bridgeport, Pennsylvania<br>ZIP CODE 19405 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Montgomery County | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☑ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br>Business Trust | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7    ☐ Chapter 15 Petition for<br>☐ Chapter 9        Recognition of a Foreign<br>☑ Chapter 11      Main Proceeding<br>☐ Chapter 12   ☐ Chapter 15 Petition for<br>☐ Chapter 13      Recognition of a Foreign<br>                           Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable.) | Nature of Debts<br>(Check one box.) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☑ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>- - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐<br>1-49 | ☐<br>50-99 | ☐<br>100-199 | ☑<br>200-999 | ☐<br>1,000-5,000 | ☐<br>5,001-10,000 | ☐<br>10,001-25,000 | ☐<br>25,001-50,000 | ☐<br>50,001-100,000 | ☐<br>Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☑<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ☑<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1) (04/13)

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | **Name of Debtor(s):**<br>Regional Employers Assurance Leagues Voluntary Emplo |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor:     See addendum attached hereto | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
Signature of Attorney for Debtor(s)      (Date)

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Regional Employers Assurance Leagues Voluntary Emplo |
|---|---|

### Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |

| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| X _____<br>Signature of Attorney for Debtor(s)<br>Matthew A. Hamermesh<br>Printed Name of Attorney for Debtor(s)<br>Hangley Aronchick Segal Pudlin & Schiller<br>Firm Name<br><br>One Logan Square, 27th Floor<br><br>_____<br>Address<br>Philadelphia, PA  19103<br>_____<br>Telephone Number<br>7/23/13<br>_____<br>Date<br><br>\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br>Signature<br><br>_____<br>Date |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Authorized Individual<br>John J. Koresko, V<br>Printed Name of Authorized Individual<br>*Director of Trustee and Administrator*<br>Title of Authorized Individual<br><br>Date  7/23/13 | Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

## ADDENDUM TO VOLUNTARY PETITION

### <u>Pending Bankruptcy Cases Filed by Affiliated Entities</u>

On the date hereof, each of the affiliated entities listed below, including the Debtor in this Chapter 11 case, has filed or will file a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the Eastern District of Pennsylvania.

1.  Regional Employers' Assurance Leagues Voluntary Employees' Beneficiary Association Trust

2.  Single Employer Welfare Benefit Plan Trust

3.  Penn Public Trust

4.  Penn-Mont Benefit Services, Inc.

5.  Koresko & Associates, P.C.

6.  Koresko Law Firm, P.C.

**REGIONAL EMPLOYERS' ASSURANCE LEAGUES
VOLUNTARY EMPLOYEES' BENEFICIARY ASSOCIATION**

**A PENNSYLVANIA TRUST AND INCORPORATED PLAN**

**MINUTES OF TRUSTEE'S and ADMINISTRATORS ACTIONS**

The undersigned, being the sole Director of **PENN PUBLIC TRUST,** a Pennsylvania Non-Profit Corporation, the sole Trustee of **REGIONAL EMPLOYERS' ASSURANCE LEAGUES VOLUNTARY EMPLOYEES' BENEFICIARY ASSOCIATION, a trust formed under the common law of the Commonwealth of Pennsylvania**, and its incorporated Plan and documents, (hereinafter referred to as the "Trust"), and as sole director of the Administrator of the Trust, does hereby consent, without prior notice of a meeting pursuant to the NonProfit Corporation Law of Pennsylvania, or pursuant to the Business Corporation Law of Pennsylvania and any other provision of Pennsylvania law applicable to entrepreneurial trusts, their administrators and trustees, to the adoption of the actions and resolutions hereinafter set forth.

WHEREAS, the Sole Director of the Trustee and Administrator has, from time to time, held meetings and taken action by unanimous consent in writing in lieu of meetings, without the formality of preserving such written consents or a written record of meetings, and has also from time to time taken action without holding such meetings or executing such consents on behalf of this Trust; and

WHEREAS, it is deemed advisable that all omissions in the minute books and any technical defects in any meetings or actions taken by the Sole Director of the Trustee and Administrator, on behalf of the Trust, be cured;

NOW, THEREFORE, be it RESOLVED THAT:

1.      All elections of directors, and all actions taken by them, from the date of the formation of this Trust to the date of this resolution, whether or not reflected in any minute books of the Trust, are hereby ratified, confirmed and approved in their entirety.

2.      Without in any way limiting the foregoing, the following individual, who incorporated the Trustee and Administrator of this entrepreneurial Trust, and who formed this Trust on behalf of its present Trustee and Administrator, and who has exercised such authority on behalf of the fiduciaries of Trust from time to time as permitted by its governing documents and applicable law, is re-confirmed as the person vested with authority to bind the trust, in the nature of a Managing Director (were this a corporation), to serve in accordance with the instruments governing the Trust, its Trustee, and Administrator (and is referred to herein as "Director"):

JOHN J. KORESKO, V, ESQUIRE

**FILING OF CHAPTER 11 PETITION**

3. RESOLVED, that in the judgment of the Director, it is desirable and in the best interest of the TRUST, its creditors and other interested parties that a petition be filed by such TRUST in the United States Bankruptcy Court for the Eastern District of Pennsylvania ("Bankruptcy Court") on or before July 26, 2013 commencing a reorganization case under Chapter 11 of the Bankruptcy Code; and

4. RESOLVED FURTHER, that JOHN J. KORESKO, V, the director and of the TRUSTEE AND THE ADMINISTRATOR ("Director") is authorized and directed, in the name of the TRUST and

Page 1 of  2

on its behalf, to take such actions as the Director may deem necessary or advisable in connection with commencing and prosecuting the Reorganization Case contemplated hereunder; and

     5. RESOLVED FURTHER, that the Director is hereby authorized and empowered to retain on behalf of the TRUST, the law firm of Hangley Aronchick Segal Pudlin & Schiller, and such other attorneys, financial advisors, accountants and other professionals as the Director shall deem appropriate in his judgment; and

     6. RESOLVED FURTHER, that the Director is hereby authorized and empowered to execute and deliver on behalf of the TRUST, as debtor in possession under Chapter 11 of the Bankruptcy Code or prior to the commencement of the Reorganization Case, such agreements, instruments, and any and all other documents necessary or appropriate to facilitate the operation of the TRUST'S business and financing thereof, as all of them may deem necessary, appropriate or advisable during the pendency of the Reorganization Case, and , in connection therewith, to execute and file with the Bankruptcy Court such motions, applications, pleadings, certifications, affidavits, or other materials as the Director may deem necessary, appropriate, or advisable, and to retain all assistance from legal counsel, financial advisors, consultants, accountants, and other professional, and to take any and all actions that he deems necessary, appropriate, or advisable in connection with the Reorganization Case; and

     7. RESOLVED FURTHER, that the Director is hereby authorized and empowered to take or cause to be taken any an all such further action, to execute and deliver any and all such further instruments and documents and to pay all such fees and expenses, as the Director may deem necessary, appropriate, or advisable, in his judgment to carry out fully the intent of and accomplish the purposes of these resolutions and acts contemplated thereunder; and

     8. RESOLVED FURTHER, that the acts and transactions of the Director which have been taken, caused to have been taken, or made prior to the effective date of these resolutions, in connection with the matters set forth herein, are hereby ratified, confirmed and approved; and

     9. RESOLVED FURTHER, that any persons acting under the governing Trust Instruments and documents connected therewith, and any duly authorized employees or agents of the Trustee or Administrator, are, and each acting alone is, hereby authorized to do and perform any and all such acts, including execution of any and all documents and certificates, as they shall deem necessary or advisable, to carry out the purposes and intent of the foregoing resolutions.

Dated: July 22, 2013

By: _____

     DIRECTOR, as Director of the
     Trustee and as Director of
     the Adinistrator of the Trust